UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CORNELIUS SAVAGE,

        Plaintiff,

    -against-

FULTON ALE HOUSE LLC    and
1446 FULTON LLC,

        Defendants.

------------------------------------------------------------x

Case No.: 18-cv-04687-ENV-SMG

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: December 12, 2018

BARDUCCI LAW FIRM PLLC

By: /s/ Maria-Costanza Barducci, Esq
    Maria-Costanza Barducci, Esq.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.coom
    *Attorneys for Plaintiff*

HANG & ASSOCIATES, PLLC
By:_____
Ge Qu, Esq.
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
Telephone: (718) 353-8588
Fax: (718) 353 6288
Jhang@hanglaw.com
*Attorney for Defendant Fulton Ale House LLC*

cc: all counsels of record

The Clerk is directed to close this case.

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 12/13/2018

/s/ USDJ ERIC N. VITALIANO
_____
**Eric N. Vitaliano**
**United States District Judge**